**Motion GRANTED AND Order filed August 24, 2015.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

## NO. 14-15-00711-CV
_____

## IN RE PANGEAN ENERGY BAKKEN SHALE IH, LLC, PANGEAN ENERGY, LLC AND THE ESTATE OF BART SWEAZA, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-07062**

## ORDER

On August 21, 2015, relators Pangean Energy Bakken Shale IH, LLC, Pangean Energy, LLC and the Estate of Bart Sweaza, filed a petition for writ of mandamus in this court. Relators ask this court to order the Honorable Kyle Carter, Judge of the 125th District Court, in Harris County, Texas, to set aside his order

granting plaintiffs' motion to compel dated July 27, 2015, signed in trial court number 2015-07062, styled *OG Ventures, LLC and SS27 Holdings LLC v. Pangean Energy Bakken Shale IH, LLC et al*. Relators claim respondent abused his discretion by ordering the production of a list of the investors in Pangean Energy Bakken Shale IH, LLC.

Relators have also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On August 21, 2015, relators ask this court to stay this discovery order pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relators' request for relief requires further consideration and that relators will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relators' motion and issue the following order:

We hereby **STAY** the order granting the motion to compel issued by trial court in cause number 2015-07062, *OG Ventures, LLC and SS27 Holdings LLC v. Pangean Energy Bakken Shale IH, LLC et al* on July 27, 2015, to the extent that it orders the production of a list of the investors in Pangean Energy Bakken Shale IH, LLC, until a final decision by this court on relators' petition for writ of mandamus, or until further order of this court.

In addition, the court requests OG Ventures, LLC and SS27 Holdings LLC, the real parties-in-interest, to file a response to the petition for writ of mandamus on or before September 7, 2015. *See* Tex. R. App. P. 52.4.

PER CURIAM